**No. 10-494. Lawrence Litten, et al., Petitioners v. Grenada County, Mississippi, et al.**

562 U.S. 1178, 131 S. Ct. 1001, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 815.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 487.